# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32571**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Josiah I. MAYO**
Airman (E-2), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 12 February 2020

———————————

*Military Judge:* Christopher M. Schumann.

*Approved sentence:* Bad-conduct discharge, confinement for 5 months, and reduction to E-1. Sentence adjudged 14 January 2019 by SpCM convened at Nellis Air Force Base, Nevada.

*For Appellant:* Major Stuart J. Anderson, USAF; Major Mark J. Schwartz, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before MINK, LEWIS, and D. JOHNSON, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

*Manual for Courts-Martial, United States* (2016 ed.). Accordingly, the approved findings and sentence are **AFFIRMED**.\*

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

\* We note Specification 1 of Charge II is incorrectly listed as "Specification" in the promulgating order. We direct the publication of a corrected court-martial order to remedy the error.